# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **RODNEY OWEN SKURDAL,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** *et al.,* <br><br> **Defendants.** | CV 20-171-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff Rodney Owen Skurdal ("Plaintiff") filed this action on November 17, 2020. (Doc. 1.) The Court notes that among Plaintiff's attached exhibits are documents containing social security numbers. (*See e.g.* Doc. 1-6.) Privacy protections afforded to litigants by Rule 5.2(a) are waived when a person files documents that reveal a person's own information without redaction and not under seal. Fed. R. Civ. P. 5.2(h). Here, Plaintiff is a *pro se* litigant and the Court believes Plaintiff should be given the opportunity to seal and redact both the complaint and any exhibits revealing personal information, such as social security numbers, pursuant to Fed. R. Civ. P. 5.2(a) and in conformance with the Guide for Filing in the District of Montana § 6(d)(i). The aforementioned guide may be found at:

https://www.mtd.uscourts.gov/manuals-training.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall be given two weeks to re-file a redacted complaint and exhibits in conformance with the above rules and guidance, or Wednesday, December 2, 2020.

IT IS FURTHER ORDERED that the original Complaint (Doc. 1) shall be temporarily SEALED until December 3, 2020, unless a redacted complaint and exhibits are filed, in which case the original Complaint will be permanently sealed.

DATED this 18th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge