IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RODNEY OWEN SKURDAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, 28 U.S.C. §3002(15)(A), and IRS AGENT ALICIA A. HAGEN, OF THE INTERNAL REVENUE SERVICE, AND TWO MORE UNKNOWN IRS AGENTS OF THE DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, AUSTIN, TEXAS,<br><br>Defendants. | CV 20-171-BLG-SPW<br><br>ORDER |

Before the Court is Plaintiff Rodney Owen Skurdal's Motion to Dismiss without prejudice. (Doc. 26). That motion is GRANTED and the matter is dismissed without prejudice. Consequently, all pending motions and the Findings and Recommendations (Doc. 23) are therefore moot.

DATED this 13th day of July 2021.

SUSAN P. WATTERS
United States District Judge

1